IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 CV 207

| | |
|---|---|
| WOLFPEN II PLANNED COMMUNITY ) <br> HOMEOWNERS ASSOCIATION, INC., ) <br> on behalf of themselves and all others ) <br> similarly situated, ) <br> ) <br>     Plaintiffs ) <br> ) <br> V ) <br> ) <br> ATLAS ROOFING CORPORATION, ) <br> ) <br>     Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Keith A. Clinard's Application for Admission to Practice *Pro Hac Vice* of Henry B. Smythe, Jr.  It appearing that Henry B. Smythe, Jr. is a member in good standing with the South Carolina State Bar and will be appearing with Keith A. Clinard, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Keith A. Clinard's Application for Admission to Practice *Pro Hac Vice* (#12) of Henry B. Smythe, Jr. is **GRANTED**,

and that Henry B. Smythe, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Keith A. Clinard.

Signed: October 1, 2013

Dennis L. Howell
United States Magistrate Judge